**Order entered February 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00705-CV

### CITY OF DALLAS, Appellant

### V.

### BRIAN LONCAR, ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-06753-C**

## ORDER

The Court has before it appellees' January 30, 2013 unopposed second motion for extension of time to file their brief. The Court **GRANTS** the motion and **ORDERS** appellees to file their brief by February 14, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE